**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Dina Velasquez Garcia

                Plaintiff,

v.                                    Case No.: 1:26–cv–04264

                                    Honorable Lindsay C. Jenkins

Sam Olson

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 24, 2026:

      MINUTE entry before the Honorable Lindsay C. Jenkins: The petition for habeas relief [1] is granted. See the attached order for further details. Petitioner's detention deprives her of due process. The court orders the government to provide Petitioner with a release hearing under 8 USC § 1226(a) within seven days of this order or otherwise to release her. The court declines to issue attorney's fees. Because this order provides the full relief to which Petitioners are entitled, the Clerk shall enter a final judgment order under Rule 58 in favor of Petitioner. A status report should be filed by May 4, 2026 that updates the court on the status of release. Civil case terminated. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.